IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REBECCA MOORE                                :

    Plaintiff                                   :

v                                            :        Civil Action No. RDB-11-1831

CBE GROUP, INC.
                                                 :
    Defendant

o0o

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal, it is this *15th* day of *August*, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

3. The Clerk SHALL CLOSE this case.

                                                                  _____
                                                                   RICHARD D. BENNETT
                                                         UNITED STATES DISTRICT JUDGE